Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

IN RE: **Robert E. Buffington**
**Joann Buffington**

Debtor(s)

Case No.: __16-33655__
Judge: _____
Chapter: __13__

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

■ Modified/Notice Required
☐ Modified/No Notice Required

■ Discharge Sought
☐ No Discharge Sought

Date: __1-26-17__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay __200.00 Monthly__ to the Chapter 13 Trustee, starting on ___ for approximately __60__ months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ■ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ___ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Office of Robert Braverman, LLC | Wages, salaries, and commissions | 1,650.00 |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| -NONE- | | | | | |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

2

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Harley Davidson Credit Corp | 2014 Harley Davidson ELHR Rd King | 10,000.00 | 7,518.04 |
| MMCA | 2015 Mitsubishi Lancer | 20,000.00 | 9,681.26 |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Ally Bank Payment Processing Center |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5: Unsecured Claims

a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

_____    Not less than $____ to be distributed *pro rata*

_____    Not less than ___ percent

__X__    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

3

## Part 7: Motions

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| -NONE- | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
- ■ Upon Confirmation
- ☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Trustee shall pay allowed claims in the following order:
1) Trustee Commissions
2) **Other Administrative Claims**

4

| | |
|---|---|
| 3) | **Secured Claims** |
| 4) | **Lease Arrearages** |
| 5) | **Priority Claims** |
| 6) | **General Unsecured Claims** |

### d. Post-petition claims

The Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this modified Plan?   ☐ Yes    ■ No

## Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    1/26/17

/s/ Robert N. Braverman, Esquire
**Robert N. Braverman, Esquire**
Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date: 1/26/2017

/s/ Robert E. Buffington
**Robert E. Buffington**
Debtor

Date: 1-26-2017

/s/ Joann Buffington
**Joann Buffington**
Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-33655-ABA
Robert E. Buffington                                                      Chapter 13
Joann Buffington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 2              Date Rcvd: Feb 09, 2017
                                  Form ID: pdf901          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
```
db/jdb         +Robert E. Buffington,    Joann Buffington,    1 A Holly Cove,    Mount Laurel, NJ 08054-2823
516545033      +Boscovs,   P.O. Box 182620,    Columbus, OH 43218-2620
516545048     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:    Zales Credit Plan,    Processing Center - Bankruptcy Dept,
                 Des Moines, IA 50364-0001)
516545034       Capital One,   P.O. Box 30285,    Salt Lake City, UT 84130-0285
516545035      +CitiCard,   P.O. Box 790441,    Saint Louis, MO 63179-0441
516545036       Comenity Bank,    Bankruptcy Department,    P.O. Box 182125,    Columbus, OH 43218-2125
516545037      +Comenity Bank - Bedford Fair,    PO Box 659465,    San Antonio, TX 78265-9465
516545038      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
516545039      +Harley Davidson Credit Corp,    3700 W. Juneau Avenue,    Milwaukee, WI 53208-2865
516580451      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516545041      +Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite 333,
                 Cherry Hill, NJ 08034-1910
516545042      +Mariner Finance,    814 White Horse Pike, Suite 1,    Oaklyn, NJ 08107-1266
516545043       Mitsubishi Motors Credit of America,    Attn: Bkrptcy Dept,    PO Box 4401,
                 Bridgeton, MO 63044-0401
516545044       Synchrony Bank - Bankruptcy (ASHLEY),    Attn: Bankruptcy Department,    P.O. Box 965060,
                 Orlando, FL 32896-5060
516545046       Synchrony Bank - Bankruptcy (LOWES),    Attn: Bankruptcy Department,    P.O. Box 965060,
                 Orlando, FL 32896-5060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2017 21:59:19     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2017 21:59:15     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516545032       E-mail/Text: ally@ebn.phinsolutions.com Feb 09 2017 21:58:41
                 Ally Bank Payment Processing Center,    P.O. Box 78234,    Phoenix, AZ 85062-8234
516599051       E-mail/Text: ally@ebn.phinsolutions.com Feb 09 2017 21:58:41     Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
516545040       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 09 2017 21:58:47     Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
516584952      +E-mail/Text: BKRMailOps@weltman.com Feb 09 2017 21:59:20     MMCA, Its Successor and Assigns,
                 c/o Weltman, Weinberg & Reis Co LPA,    323 W. Lakeside Ave Suite 200,
                 Cleveland OH 44113-1009
516613933       E-mail/Text: bnc-quantum@quantum3group.com Feb 09 2017 21:59:07
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
516632434       E-mail/Text: bnc-quantum@quantum3group.com Feb 09 2017 21:59:07
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516545045       E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2017 21:51:44
                 Synchrony Bank - Bankruptcy (JC Penney),    Attn: Bankruptcy Department,    P.O. Box 965060,
                 Orlando, FL 32896-5060
516545047       E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2017 21:51:29
                 Synchrony Bank - Bankruptcy (WALMART),    Attn: Bankruptcy Department,    P.O. Box 965060,
                 Orlando, FL 32896-5060
                                                                                              TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2017
                              Form ID: pdf901          Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Emmanuel J. Argentieri    on behalf of Creditor    MMCA, its successors and/or assigns
               bk@rgalegal.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Robert  Braverman    on behalf of Joint Debtor Joann  Buffington robert@bravermanlaw.com
              Robert  Braverman    on behalf of Debtor Robert E. Buffington robert@bravermanlaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```