| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ROMANO GARUBO & ARGENTIERI |
| Emmanuel J. Argentieri, Esquire/3162 |
| 52 Newton Avenue, P.O. Box 456 |
| Woodbury, New Jersey 08096 |
| (856) 384-1515 |
| Attorneys for Creditor, MMCA, its successors and/or assigns |

Order Filed on February 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ROBERT E. BUFFINGTON
JOANN BUFFINGTON

Debtors.

Chapter 13

Judge: ABA

Case No. 16-33655/ABA

Hearing Date: February 14, 2017 @ 10:00 a.m.

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Robert and Joann Buffington
Case No: 16-33655/ABA
Caption of Order: ORDER VACATING STAY

---

Upon the motion of MMCA, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following personal property:

2015 Mitsubishi Lancer, VIN #JA32V6FV9FU004693.

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion who were not already served electronically by the court.