UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/3162
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
Attorneys for Creditor, MMCA, its successors and/or assigns

ROBERT E. BUFFINGTON
JOANN BUFFINGTON

Debtors.

Order Filed on February 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Judge: ABA

Case No. 16-33655/ABA

Hearing Date: February 14, 2017 @ 10:00 a.m.

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 14, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Robert and Joann Buffington
Case No: 16-33655/ABA
Caption of Order: ORDER VACATING STAY

---

Upon the motion of MMCA, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following personal property:

2015 Mitsubishi Lancer, VIN #JA32V6FV9FU004693.

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion who were not already served electronically by the court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-33655-ABA
Robert E. Buffington                                                                    Chapter 13
Joann Buffington
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Feb 14, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db/jdb         +Robert E. Buffington,   Joann Buffington,   1 A Holly Cove,   Mount Laurel, NJ 08054-2823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    MMCA, its successors and/or assigns
           bk@rgalegal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Robert  Braverman    on behalf of Joint Debtor Joann  Buffington robert@bravermanlaw.com
          Robert  Braverman    on behalf of Debtor Robert E. Buffington robert@bravermanlaw.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7