Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−33655−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert E. Buffington
1 A Holly Cove
Mount Laurel, NJ 08054

Joann Buffington
1 A Holly Cove
Mount Laurel, NJ 08054

Social Security No.:
xxx−xx−5807

xxx−xx−3347

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 9, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 9, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-33655-ABA
Robert E. Buffington　　　　　　　　　　　　　　　　　　　　Chapter 13
Joann Buffington
　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　User: admin　　　Page 1 of 2　　　Date Rcvd: May 09, 2019
　　　　　　　　　　　　　Form ID: 148　　　Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
db/jdb       +Robert E. Buffington,    Joann Buffington,    1 A Holly Cove,    Mount Laurel, NJ 08054-2823
516545048    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Zales Credit Plan,    Processing Center - Bankruptcy Dept,
               Des Moines, IA 50364-0001)
516545035    +CitiCard,   P.O. Box 790441,    Saint Louis, MO 63179-0441
516726917     Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516545039    +Harley Davidson Credit Corp,    3700 W. Juneau Avenue,    Milwaukee, WI 53208-2818
516580451    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516545041    +Law Office of Robert Braverman, LLC,    1060 N. Kings Hwy., Suite 333,
               Cherry Hill, NJ 08034-1910
516545042    +Mariner Finance,    814 White Horse Pike, Suite 1,    Oaklyn, NJ 08107-1266
516755648    +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516545043     Mitsubishi Motors Credit of America,    Attn: Bkrptcy Dept,    PO Box 4401,
               Bridgeton, MO 63044-0401
516545044     Synchrony Bank - Bankruptcy (ASHLEY),    Attn: Bankruptcy Department,    P.O. Box 965060,
               Orlando, FL 32896-5060
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59    U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516545032     EDI: GMACFS.COM May 10 2019 04:13:00    Ally Bank Payment Processing Center,    P.O. Box 78234,
               Phoenix, AZ 85062-8234
516599051     EDI: GMACFS.COM May 10 2019 04:13:00    Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
516545033    +EDI: WFNNB.COM May 10 2019 04:14:00    Boscovs,    P.O. Box 182620,    Columbus, OH 43218-2620
516545034     EDI: CAPITALONE.COM May 10 2019 04:14:00    Capital One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
516657977     EDI: BL-BECKET.COM May 10 2019 04:14:00    Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
516688575    +E-mail/Text: bankruptcy@cavps.com May 09 2019 23:54:18    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516545036     EDI: WFNNB.COM May 10 2019 04:14:00    Comenity Bank,    Bankruptcy Department,
               P.O. Box 182125,    Columbus, OH 43218-2125
516545037    +EDI: WFNNB.COM May 10 2019 04:14:00    Comenity Bank - Bedford Fair,    PO Box 659465,
               San Antonio, TX 78265-9465
516545038    +EDI: AMINFOFP.COM May 10 2019 04:14:00    First Premier Bank,    601 S. Minnesota Avenue,
               Sioux Falls, SD 57104-4868
516545040     E-mail/Text: bncnotices@becket-lee.com May 09 2019 23:53:14    Kohl's Payment Center,
               P.O. Box 2983,    Milwaukee, WI 53201-2983
516696018    +EDI: MID8.COM May 10 2019 04:14:00    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48091-2011
516584952    +E-mail/Text: BKRMailOps@weltman.com May 09 2019 23:54:05    MMCA, Its Successor and Assigns,
               c/o Weltman, Weinberg & Reis Co LPA,    323 W. Lakeside Ave Suite 200,
               Cleveland OH 44113-1009
516763268     EDI: PRA.COM May 10 2019 04:13:00    Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
               POB 41067,    Norfolk VA 23541
516763652     EDI: PRA.COM May 10 2019 04:13:00    Portfolio Recovery Associates, LLC,
               c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516763406     EDI: PRA.COM May 10 2019 04:13:00    Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
               POB 41067,    Norfolk VA 23541
516731835    +EDI: JEFFERSONCAP.COM May 10 2019 04:13:00    Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516613933     EDI: Q3G.COM May 10 2019 04:13:00    Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA 98083-0788
516632434     EDI: Q3G.COM May 10 2019 04:13:00    Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA 98083-0788
516545045     EDI: RMSC.COM May 10 2019 04:14:00    Synchrony Bank - Bankruptcy (JC Penney),
               Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516545046     EDI: RMSC.COM May 10 2019 04:14:00    Synchrony Bank - Bankruptcy (LOWES),
               Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
516545047     EDI: RMSC.COM May 10 2019 04:14:00    Synchrony Bank - Bankruptcy (WALMART),
               Attn: Bankruptcy Department,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 23
```

　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: May 09, 2019
                              Form ID: 148             Total Noticed: 34

516848116*      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri    on behalf of Creditor    MMCA, its successors and/or assigns
           bk@rgalegal.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Robert  Braverman    on behalf of Joint Debtor Joann  Buffington robert@bravermanlaw.com
          Robert  Braverman    on behalf of Debtor Robert E. Buffington robert@bravermanlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```